# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 22, 2010

*Before*

RICHARD A. POSNER, *Circuit Judge*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>No. 07-3933　　　　　　v.<br><br>GARY E. PEEL,<br>　　　Defendant-Appellant. | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Appeal from the United<br>States District Court for<br>the Southern District of<br>Illinois.<br><br>No. 06 CR 30049<br><br>William D. Stiehl,<br>　　　Judge. |

Upon consideration of the **MOTION TO CORRECT OPINION**, filed on February 19, 2010, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**.  The court's opinion dated February 12, 2010, is amended as follows:

Page 16 of the slip opinion, second full paragraph, shall begin: "So if a defendant presents credible evidence for discounting a stream of future payments to present value..."

The court thanks the government for noticing the need for the correction.